UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 15987
    CHARLES J KENNEDY
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-3189

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/05/06 and confirmed on 03/07/07.

    2.  The case was dismissed after confirmation, 07/20/2007.

    3.  The Debtor paid a total of $  2000.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 7280.26 | .00 | .00 |
| GREENWICH FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED RECOVERY SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED RECOVERY SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| DENTAL ASSOC OF PLAINFIE | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 405.42 | .00 | .00 |
| TEX COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| TRANSWORLD SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRI COUNTRY ANESTHESIA A | UNSECURED | NOT FILED | .00 | .00 |
| WALKERS GROVE HOMEOWNERS | SECURED | 182.00 | .00 | 30.34 |
| PARAGON WAY | UNSECURED | 1038.05 | .00 | .00 |

         Summary of disbursements:
--------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

--------------------------------------------------------------------------

```
TOTAL CLMS ALLOWED        7462.26        .00     1443.47          .00     8905.73
PRINCIPAL PAID              30.34        .00         .00          .00       30.34
INTEREST PAID                .00        .00         .00          .00         .00
TOTAL PAID                 30.34        .00         .00          .00       30.34
```

The Debtor's attorney, RONALD D CUMMINGS                , was allowed $   3000.00
and was paid $    726.00  direct and $    1869.66   through the plan.

The Trustee received $     100.00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/10/07                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE